# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyrisha L. Davis,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Consumer Safety Technology/Intoxalock,<br><br>　　　　Defendant. | No. CV-22-02118-PHX-MTL<br><br>**ORDER** |

**IT IS ORDERED** granting Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. (Doc. 2.) Plaintiff shall be responsible for service of the summons and complaint.

Dated this 3rd day of January, 2023.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge