January 4, 2023

```
✓ FILED          ___ LODGED
___ RECEIVED     ___ COPY

       JAN 1 0 2023

  CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ DEPUTY
```

## Motion to Change Address to Send Plaintiff Mail (Update Changes)

CV-22-2118-PHX-MTL

To whom it may concern at the court, I was made aware by the clerks office January 3, 2023 that my mail you sent to me was returned because my name is not on the P.O.Box per the Post Office. However Please resend it to T&M Legal Services/Keith Turner "**Attention**" Tyrisha Davis I will be able to receive it then, I am not the owner of the P.O.Box but I'm giving the court full authority to resend it and correspond with me at this address P.O Box 37453 Phoenix Az 85069 T&M Legal Services-Keith Turner ℅ Tyrisha Davis, **Please Your Honor I request the Mercy of the Court to Grant my Motion to (update changes) change my address.**

Thank you
Ms. Tyrisha Davis

cc: Court

Ms. T. Davis / K. Turner T+M Legal Services
P.O. Box 37453
Phoenix, AZ 85069

Attn: Clerk's Office
U.S. District Court
401 W. Washington St
Phoenix, AZ 85003

RUSH * *MAIL

JACKSONVILLE FL 320
6 JAN 2023 PM 3 L

RECEIVED
JAN 10 2023
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

85003-211910