Hello Your Honor, I'm writing you this letter to update my mailing address. I sent in a motion asking you to fulfill my request to send it to TM Legal Service P.O. Box. I just recieved the mail sent from you or mail room Jan. 4, 2023. I'm returning all docs needed, I thought we already sent in the summons along with the charge however. Please grant my motion to send my Docs to my email at Tyrisha86@gmail.com and any physical to Ms. Tyrisha L. Davis 1305 Barnard St Apt 2027 Savannah GA 31401. I am asking the mercy of The Court Your Honor to grant my motion request.

CV-22-2118-PHX-MTL

Thank You

Ms. Davis

✓ FILED  ___ LODGED
___ RECEIVED  ___ COPY

JAN 2 6 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CJULR 54
(Rule Number/Section)