THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  CivLR 7.1(a)(1),(2),(3), 7.1(b)(1)
(Rule Number/Section)

5.4

✓ FILED       ___ LODGED
___ RECEIVED  ___ COPY

APR 1 0 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV-22-2118-PHX-MTL



**Emails sent** ▶ Inbox

**me** Dec 21, 2021
to ROBERT.WISNIEWSKI

Good afternoon Mr. Wisniewski,

Hope all is well with you, I just wanted to make sure you received all the emails I sent you for the case being that I haven't heard from you in awhile. Please let me know if you received them.

Thank you kindly,

Ms. Davis

**ROBERT WISNIEWSKI** Dec 22, 2021
to me

Dear Ms. Davis:

Thanks for following up. I did receive a series of emails on October 5 and 6, with attachments, and I did upload them to the file for your charge of discrimination.

Sincerely,

Robert Wisniewski

EEOC Phoenix District Office



**PATRICIA MINER** Sep 9, 2022
to me

Dear Ms. Davis –

Please provide the case number you're contacting me regarding. If you do not have the case number, please provide the name of the Employer.

Thank you.

## Patricia Miner

Patricia Miner

Supervisory Investigator

EEOC

3300 N. Central Ave., Ste. 690

Phoenix, AZ 85012

(602) 661-0040

patricia.miner@eeoc.gov

Due to the ongoing coronavirus pandemic, the EEOC has implemented agency-wide telework and all staff are working remotely. Please be advised that there may be a

## Settlement for workers comp

**me** Feb 3
to ROBERT.WISNIEWSKI

Good afternoon,

The document provided is a settlement for my worker's comp case. I am signing this in distress because there is false information on here and my attorney said they won't change the language. I've never had a cervical spine injury and my injury occurred at work and etc. This just goes to show how they are really being bias and doing me wrong. Now I wish I wouldn't have settled and went to court to let the judge decide. Please add this to my case.

Thank you kindly,

Ms. Davis

DOC063.PDF

PDF  PDF

↩ Reply        ↪ Forward

**540-2021-03129** — Inbox

me  Sep 16, 2022
to jeremy.yubeta

Good morning Mr. Yubeta,

My name is Tyrisha Davis. I'm contacting you in regards to my case I have with Consumer Safety Technology. I was just notified by Ms. Patricia that my case was closed on 11/30/21. I never received any correspondence from EEOC about it being closed. Can you please tell me what happened to Mr. Robert whom was on my case? I did receive correspondence from him on 12/21/21 which was after the case was closed and he never mentioned anything about it being closed. He states he added the attachments I sent him to my file, so I'm really confused on how it was closed and was never notified through email like Ms. Miner said it was. I checked my spam and junk mail and don't have anything from EEOC. Its been almost a whole year of me not knowing it was closed and would like to know what happened? I truly appreciate your attention to this matter.

Thank you kindly,

Ms. Davis



---------- Forwarded message ----------
From: Tyrisha Davis <tyrisha86@gmail.com>
To: JEREMY YUBETA <JEREMY.YUBETA@eeoc.gov>
Cc:
Bcc:
Date: Fri, 16 Sep 2022 15:38:41 +0000
Subject: 540-2021-03129

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

I would also like to know am I the only person who has experienced this or are there other's as well? What's my next step being that it's been over 90 days? What are my options with EEOC being that I was never notified about something that's very important and have proof of never being notified?

Thank you kindly,

Ms. Davis

---------- Forwarded message ----------
From: Tyrisha Davis <tyrisha86@gmail.com>
To: JEREMY YUBETA <JEREMY.YUBETA@eeoc.gov>
Cc:
Bcc:
Date: Mon, 19 Sep 2022 22:58:17 +0000
Subject: 540-2021-03129

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care



**JEREMY YUBETA** Sep 19, 2022
to me

Good afternoon Ms. Davis:

I received your emails and this is my first opportunity to respond. Our records indicate the attached Notice of Right to Sue was not uploaded to the Public Portal on 12/1/2021. This occurred due to an administrative error. We apologize that you experienced a delay in receiving a copy of the Notice of Right to Sue. A review of our records indicates you **received** the Notice of Right to Sue via email from Ms. Miner on **9/13/2022.**

You may file a lawsuit against the respondent under federal laws based on this charge in federal court. The lawsuit must be filed with 90 days of **your receipt** of the Notice of Right to Sue. We regret any inconvenience you may have experienced. For your convenience I have attached links to information on "Filing a Lawsuit" and "Locating an Employment Attorney to Assist You in Filing a Lawsuit."

Filing a Lawsuit | U.S. Equal Employment Opportunity Commission (eeoc.gov)

I hope you find this information helpful.



## Closed Case

me Sep 14, 2022
to patricia.miner

Good afternoon Ms. Patricia,

I went through all my emails including spam and junk mail. I never received any correspondence from EEOC stating my case was closed. You said yesterday on 9/13 it was sent by email, but I didn't get anything. I would have never reached out to you if I had known my case was closed, which leads me to believe this was done recently because I did receive correspondence from Mr. Robert after the date you stated it was closed on 11/30/21. I do have proof of it being that he emailed me. Can you please provide me with your supervisor contact information?

Thank you kindly,

Ms. Davis

Good evening Ms. Patricia,

I just wanted to inform you that I did get my case turned in, but being I was never notified or received the right to sue letter in the mail or email the timing will be off and not match up per the right to sue letter that you provided me. I really don't want that to confuse the judge about why I have two different dates. I didn't notify the judge about this until you was abreast of it. I have plenty of emails I sent Mr. Robert and never was notified nor was I made aware of EEOC no longer taking my case. Hopefully the judge doesn't bring this up, but that's why I'm bringing it to your attention so you can make them aware of this unfortunately occurring. I truly appreciate your attention to this matter.

Thank you kindly

Ms.Davis

PATRICIA MINER   Dec 15, 2022
to me

From   PATRICIA MINER   PATRICIA.MINER@eeoc.gov

To   Tyrisha Davis   tyrisha86@gmail.com

Date   Dec 15, 2022, 2:23 PM

Standard encryption (TLS)
Learn more



Dear Ms. Davis,

Thank you for your email. I will discuss this with Rob. I'm sorry you were not informed earlier.

Patricia Miner

Patricia Miner

Supervisory Investigator

EEOC

3300 N. Central Ave., Ste. 690

Phoenix, AZ  85012

(602) 661-0040

patricia.miner@eeoc.gov

Due to the ongoing coronavirus pandemic, the EEOC has implemented agency-wide telework and all staff are working remotely. Please be advised that there may be a delay in receiving and processing mail sent to the Phoenix District Office via the U.S. Postal Service or other delivery services. Please communicate with us by email and telephone. We appreciate your patience and cooperation during this time.

This message contains information that may be confidential and privileged. Unless you are the addressee